IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN FERNSTROM, | § | |
| | § | |
| Plaintiff Below, | § | No. 209, 2018 |
| Appellant, | § | |
| | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| ELLIS POINT CONDOMINIUM | § | C.A. No. 2017-0518 |
| ASSOCIATION, INC., VICTOR | § | |
| TRUNZO, EUGENE | § | |
| CASTELLUCCI, JAMES | § | |
| DAUTENHAM, PETER | § | |
| DEANGELIS, GARY OWENS, and | § | |
| DAVID WEIDMAN, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: October 5, 2018
Decided: November 30, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Court of Chancery should be affirmed on the basis of, and for the reasons assigned in, the Court of Chancery's March 28, 2018 bench ruling adopting the Master's December 5, 2017 Final Report.[1]

---

[1] *Fernstrom v. Trunzo*, 2017 WL 6028871 (Del. Ch. Dec. 5, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice